AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMANDA M. WITTMANN,

        Plaintiff,

        v.

THE CITY OF ASOTIN, WASHINGTON; LEE W. REED, CHIEF, ASOTIN POLICE DEPARTMENT; CHERYL A. THOMPSON; AND WPMP, a minor,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-073-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE; judgment in favor of all Defendants; file CLOSED.

June 21, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer